JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANJELIKA SANAMIAN,<br><br>             Petitioner,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>             Respondent. | Case No. CV 16-7662 FMO<br>Case No. CR 11-0922 FMO-2<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.

Dated this 14th day of November, 2016.

                                                                                   /s/<br>
                                                                    Fernando M. Olguin<br>
                                                       United States District Judge